# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-1197-S |
| KINGMAN HOLDINGS, LLC, and GAYNELLE IHMS | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED May 23, 2024.

_____
**UNITED STATES DISTRICT JUDGE**